IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW R. RAMOS,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF KERN, et al.,<br><br>  Defendants. | Case No. 1:03-CV-05790 TAG<br><br>**ORDER REGARDING TRANSFER OF FUNDS TO CONSERVATORSHIP AND STATUS HEARING** |

Counsel having requested that funds now deposited in the Rodriguez & Associates' attorney-client trust account for the benefit of Matthew R. Ramos be transferred to a conservatorship account upon the granting of the petition of Mary Ramos to be appointed as conservator of the person and the estate of Matthew R. Ramos,

IT IS HEREBY ORDERED as follows:

1. A hearing on such request is set for February 27, 2006, at 9:00 a.m. in the United States District Court Courtroom at 1300 18th Street, Bakersfield, CA, 93301.

2. Plaintiff's counsel shall file the following with the Court, at least two court days prior to such hearing, true and correct copies of the following:

(A) the petition of Mary Ramos to be appointed as conservator of the person and the estate of Matthew R. Ramos;

(B) the order appointing Mary Ramos as conservator;

    (C) the conservatorship bond;

    (D) the letters of conservatorship;

    (E) documents reflecting that a blocked account has been established, if any, for the benefit of Matthew R. Ramos, and the amounts of funds deposited therein; and

    (F) an accounting of all funds accumulated in the Rodriguez & Associates' attorney-client trust account for the benefit of Matthew R. Ramos in accordance with this Court's Order on Petition for Order Approving Compromise of the Claim of Matthew R. Ramos dated May 27, 2004.  (Court Doc. 33).

  3.  IT IS FURTHER ORDERED that at the hearing on February 27, 2006, counsel in this case shall also appear and report to the Court whether all parties are prepared to cause this case to be dismissed in its entirely.

IT IS SO ORDERED.

Dated:  **February 16, 2006**           **/s/ Theresa A. Goldner**
**j6eb3d**               UNITED STATES MAGISTRATE JUDGE