IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW R. RAMOS, | ) | Case No. 1:03-cv-05790 TAG |
| Plaintiff, | ) ) | **ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT** |
| v. | ) ) | |
| COUNTY OF KERN, et al., | ) ) | |
| Defendants. | ) ) | |

A Further Status Conference having been held in this matter on April 14, 2006, at which time counsel for plaintiff Matthew R. Ramos advised the Court that an accounting required by the Court (Doc. 36) had not been prepared as ordered, and further that counsel had released approximately $180,000 of funds to guardian ad litem Mary Ramos from his client trust account in violation of this Court's Order (Doc. 33, ¶ 7),

IT IS THEREFORE ORDERED that:

1. **No later than Tuesday, April 18, 2006,** plaintiff's attorney Daniel Rodriguez ("Attorney Rodriguez") and plaintiff's guardian ad litem Mary Ramos ("Guardian ad litem Ramos") shall cause ALL monies/funds in the Rodriguez & Associates attorney-client trust account pertaining to this matter, and ALL such funds released to Guardian ad litem Ramos be placed into interest-bearing, federally insured court blocked accounts blocked by this Court;

1

2. Attorney Rodriguez and Guardian ad litem Ramos shall cause such court blocked accounts to indicate the name of Guardian ad litem Ramos, as guardian ad litem for plaintiff Matthew R. Ramos in this matter for whose benefit the accounts are established, and that the beneficial owner of the accounts is plaintiff Matthew R. Ramos;

3. Attorney Rodriguez and Guardian ad litem Ramos shall ensure that the total amount authorized for deposit, including any accrued interest, in any one court blocked account, shall not exceed $100,000;

4. Attorney Rodriguez and Guardian ad litem Ramos shall ensure that a sufficient number of court blocked accounts is established to ensure that ALL monies/funds in the Rodriguez & Associates attorney-client trust account pertaining to this matter, and ALL such funds released to Guardian ad litem Ramos shall be on deposit in interest-bearing, federally-insured bank accounts blocked by this Court's Order;

5. ALL of the bank accounts shall be blocked pursuant to this Court's Order and no withdrawals of principal or interest shall be made from the blocked accounts without a written Court order under this case name and number, signed by a judge of this Court. The money on deposit is not subject to escheat;

6. Attorney Rodriguez shall deliver a copy of this Order to the depositories in which funds are deposited under this Order, and file a proof of service thereof **no later than Wednesday, April 19, 2006;**

7. **No later than Friday, April 21, 2006,** the depositories' acknowledgment of receipt of this Order and the funds referenced herein to be deposited with such depositories shall be filed with this Court, in the form attached as Exhibit A hereto;

8. Failure to place all such funds into the court blocked accounts as directed herein will be a contempt of this Court's Order;

9. **No later than April 28, 2006**, Attorney Rodriguez and Guardian ad litem Ramos shall file with this Court a written accounting of all funds disbursed by Attorney Rodriguez and the law firm of Rodriguez & Associates, in whose attorney-client trust account such funds were ordered to be deposited and to remain deposited pending further order of this Court. (Court Doc. 33).

10. A hearing on the accounting and a further Status Conference shall be held on **May 8, 2006 at 9:30 a.m.**; and

11. This Court shall consider the imposition of appropriate sanctions for violation of this Court's orders.

IT IS SO ORDERED.

DATED: April 17, 2006

Honorable Theresa A. Goldner
United States Magistrate Judge

3

**EXHIBIT A TO ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW R. RAMOS, ) | Case No. 1:03-cv-05790 TAG |
| Plaintiff, ) | **RECEIPT AND ACKNOWLEDGMENT OF ORDER FOR THE DEPOSIT OF MONEY INTO BLOCKED ACCOUNT** |
| v. ) | |
| COUNTY OF KERN, et al., ) | |
| Defendants. ) | |

1. I acknowledge receipt of the Order to Deposit Money into Blocked Account, a copy of which is attached.
2. The account described below in which funds have been deposited under the Court's order is a federally insured, blocked account.
3. Name and title on the account:
4. Name of depository:
   a:   Branch:
   b:   Address:
5. Account number:
6. Date account opened:
7. Amount of initial deposit: $

1

8.    Present balance:

I certify that I am authorized to execute this receipt and acknowledgment, and that no withdrawal of principal or interest from this account will be permitted without a signed court order under this case name and number.

Date:

_____                    _____
              Name                                                              Authorized Signature

                                                                                _____
                                                                                              Title

2